# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASCENCION GOMEZ,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN CATES,<br><br>    Respondent. | Case No. 1:23-cv-01001-JLT-EPG-HC<br><br>RE: CASE STATUS |

Petitioner Ascencion Gomez is a state prisoner who proceeded *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 that was dismissed on November 20, 2023.[1] (ECF No. 8.)

On April 10, 2024, the Court received the instant letter, dated April 2, 2024, from Petitioner. (ECF No. 10.) Therein, Petitioner states that on December 12, 2023, Petitioner sent this Court a notice of appeal, and on December 20, 2023, Petitioner sent the Ninth Circuit a request for a certificate of appealability. On March 13, 2024, Petitioner sent an inquiry to the Ninth Circuit. On March 19, 2024, the Ninth Circuit responded "that they did not have anything for" Petitioner and that Petitioner "needed to contact this Court." (Id.)

///

---

[1] The order was signed on November 19, 2023, but not docketed until November 20, 2023. (ECF No. 8.) The judgment was dated and entered on November 20, 2023. (ECF No. 9.)

1

The Court informs Petitioner that this Court has not received a notice of appeal in this matter nor any filings or submissions from Petitioner regarding an appeal.

IT IS SO ORDERED.

Dated:   **April 15, 2024**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE